■ FARM FAMILY MUTUAL INSURANCE COMPANY, Respondent, v FRANCIS H. GRAHAM, JR., Defendant, and ANTHONY GAESS et al., Appellants.—Appeal by the defendants Anthony Gaess and Judith Gaess from a judgment of the Supreme Court, Rockland County, entered October 6, 1986.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Stolarik in his memorandum decision at the Supreme Court, Rockland County. Mollen, P. J., Kunzeman, Weinstein and Rubin, JJ., concur.